No. 46735.—Protests 507925–G, etc., of Intersales Corp. of America et al. (New York).

Opinion by WALKER, J. It was stipulated that the dogskins in question are undressed, the same as those the subject of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389). In accordance therewith the claim for free entry under paragraph 1681 was sustained.

No. 46736.—Protest 813155–G/10639 of Reardon Co. (New Orleans).

Opinion by WALKER, J. At the hearing the appraiser's and collector's letters were admitted in evidence. These letters stating that the plain empty paper bags in question should have been advisorily classified at 35 percent under paragraph 1413, the protest was sustained.

No. 46737.—Protest 38907–K of Harry J. Newton (Philadelphia).

Opinion by WALKER, J. From the evidence presented it was found that the papers in question admittedly did not reach the collector's office within the specified time. The court was therefore unable to grant the plaintiff any relief.

No. 46738.—Protests 750605–G, etc., of S. M. Brachman & Co. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46739.—Protests 862087–G, etc., of Associate British Manufacturers et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 24, 1941

No. 46740.—Protest 67200–K ot George Borgfeldt Corp. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of Abstract 45502 the papier-mâché manger sets in question were held dutiable as entireties at 25 percent under paragraph 1403 as claimed.